IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LORAN E. WOOD, individually and as Heir at Law and Administrator of the ESTATE OF PHYLLIS J. WOOD, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>JASON D. COTTENGIM,<br>K & B TRANSPORTATION, INC.,<br>HARCO NATIONAL INSURANCE CO.,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07-CV-1383-JTM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED ORDER FOR INSPECTION AND
REPRODUCTION OF RECORDS, INCLUDING
PROTECTED HEALTH INFORMATION
<u>PURSUANT TO STATE AND FEDERAL LAW (HIPAA)</u>**

**TO:** Educational Institutions, Employers Past and Present, All Hospitals, Clinics, Pharmacies, Physicians, Laboratories, Social Workers, Counselors, Psychologists, Psychiatrists, Therapists, Medical Institutions, Health Care Providers, Governmental Agencies (State and Federal) and Insurance Companies.

NOW on this 3rd day of March, 2008, this matter comes before the Court on the application of the parties for an order directing those referenced above to produce for inspection and reproduction any and all records, documents, or other information within their custody and/or control pertaining to Plaintiff, **PHYLLIS J. WOOD, SSN:\*\*\*-\*\*3576; DOB: \*/\*/1949.** Plaintiff Loren E. Wood appears by and through his attorneys David J. Rebein and Aaron L. Kite of REBEIN BANGERTER, P.A., 810 Frontview, Dodge City,

Kansas 67801.  Defendants appear by and through their attorneys Ron L. Campbell and Brooks Kancel of Fleeson, Gooing, Coulson & Kitch, L.L.C., 1900 Epic Center, 301 N. Main, Wichita, Kansas 67202.  There are no other appearances.

WHEREUPON, being adequately advised, the Court hereby finds and orders:

You are hereby authorized, directed and ordered pursuant to the laws of Kansas and applicable federal law, including but not limited to the Health Insurance Portability and Accountability Act (HIPAA), to make available for inspection and reproduction by the parties, their counsel denominated in this lawsuit, any and all records, documents, and other information of any type or nature whatsoever, including any and **all** protected health information, correspondence and billings, within your care, custody, or control, concerning Plaintiff, PHYLLIS J. WOOD.

This Court finds the disclosure of the records, documents, and other information subject to this Order is necessary to this proceeding because the condition of the plaintiff is an element or factor of the plaintiff's claim.  Unless specifically excluded by this Order, ALL records, documents, or other information, including protected health information, in your possession regarding the person noted above shall be produced for inspection and reproduction.  Such production may be requested by any attorney of record herein as set forth below, and clerical fees and expenses as permitted shall be paid by the attorney requesting the same.

This Order does not, however, provide for the production of any medical records maintained in connection with any program relating to substance abuse education, prevention, training, treatment, rehabilitation or research, which are conducted, regulated or

<u>directly or indirectly assisted by any department or agency of the United States, and which are covered by the provisions of 42 U.S.C. § 290dd-2 and 42 C.F.R., Part 2.</u>

This Order complies with HIPAA federal standards for privacy of individually identifiable health information, **45 C.F.R. Parts 160 and 164**, and with Kansas law regarding the disclosure of health care information.

This Order shall be effective throughout the pendency of this action.

IT IS SO ORDERED.

                                                      s/  DONALD W. BOSTWICK
                                                      U.S. Magistrate Judge

APPROVED BY:


/s/ Ron L. Campbell
Ron L. Campbell - #08861
Brooks Kancel - #22037
FLEESON, GOOING, COULSON & KITCH, L.L.C.
1900 Epic Center, 301 N. Main
Wichita, Kansas  67202
Telephone:  (316) 267-7361
Facsimile:  (316) 267-1754
*Attorneys for Defendants*


/s/ David J. Rebein
David J. Rebein - #10476
Aaron L. Kite - #18765
REBEIN BANGERTER, P.A.
810 Frontview, P.O. Box 1147
Dodge City, Kansas 67801
Telephone: (620) 227-8126
Facsimile: (620) 227-8451
*Attorney for Plaintiff*

3